UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | NO: CR-06-2197-FVS |
| | ) | |
| vs. | ) | |
| | ) | ORDER DISMISSING |
| | ) | INDICTMENT |
| ISMAEL ANDUJO-GUTIERREZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Before the Court is the government's motion to dismiss the Indictment.

Having reviewed the record and finding that good cause exists,

IT IS HEREBY ORDERED that the government's motion to dismiss the Indictment with prejudice is granted.

DATED this __2nd__ day of April, 2007.


                                s/ Fred Van Sickle
                                _____
                                FRED VAN SICKLE
                                UNITED STATES DISTRICT JUDGE